STATE OF NEW JERSEY v. HAROLD HICKS.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANNA RODRIGUEZ.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS SACCHETTI.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. SCHUMANN.

November 2, 1987.

Petition for certification granted.   (See 218 *N.J.Super.* 501)

GUARANTEE INSURANCE COMPANY v. DAVID SALTMAN.

November 2, 1987.

Petition for certification denied.   (See 219 *N.J.Super.* 1)